**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No.: 19-13871 - A - 7
Jenna Long,                    ) Adv No.: 19-01134
                               )
Debtor.                        ) Docket Control No.:
                               ) Document No.: 1
                               )
Long v. Nelnet                 ) Date: 02/19/2020
                               ) Time: 2:00 PM
                               )
                               ) Dept: A
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the adversary proceeding is dismissed without prejudice.

Dated: Feb 23, 2020

_____
Fredrick E. Clement
United States Bankruptcy Judge

Status Conference Re: Complaint - [1] - (63 (Dischargeability - 523(a)(8), student loan)) : Complaint by Jenna Long against Nelnet. (Fee Amount of $350.00 is Exempt.) (jflf)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

| | | |
|---|---|---|
| Miriam Hiser | Dennis C. Winters | Jenna Long |
| 550 Montgomery St #650 | 23046 Avenita de la Carlota #600 | 3738 Crane Avenue |
| San Fransisco CA 94111 | Laguna Hills CA 92653 | Merced CA 95348 |